# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MACKIN MEDICAL, INC., | : | No. 221 EAL 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| LINDQUIST & VENNUM LLP D/B/A | : | |
| LINDQUIST & VENNUM D/B/A LINDQUIST | : | |
| & VENNUM P.L.L.P.; MARK A. JACOBSON, | : | |
| ESQUIRE; MARK PRIVRATSKY, | : | |
| ESQUIRE; CHRISTOPHER SMITH, | : | |
| ESQUIRE; BALLARD SPAHR ANDREWS & | : | |
| INGERSOLL LLP D/B/A BALLARD SPAHR, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.